IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2005 JUL 25 A 10: 18

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

__Cleophus Young #74__ )
Full name and prison number )
of plaintiff(s) )
 )
v. )  CIVIL ACTION NO. __2:05CV680F__
 )  (To be supplied by Clerk of
__W.R. Collins - Administrator__ )  U.S. District Court)
__M.E. Brantley Ass. Warden__ )
__Ms. Turner, Supervisor__ )
__Ms. Rose, Ms. Jackson__ )
__Ms. Thomas__ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) __N/A__

         Defendant(s) __N/A__
         __N/A__

      2. Court (if federal court, name the district; if state court, name the county) __N/A__

SCANNED
7/25/05

3. Docket number __NA__

4. Name of judge to whom case was assigned __NA__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __NA__

6. Approximate date of filing lawsuit __NA__

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Montgomery City Jail P.O. Box 159 Montgomery AL 36101

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED City Jail Montgomery City Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                              ADDRESS
1. W.R. Collins Jail Administrator - City Jail
2. M.E. Brantley Assistant Warden City Jail
3. Ms. Turner, Supervisor Kitchen Personell Jail
4. Ms. Thomas Personell Kitchen City Jail
5. Ms Jackson, Personell Kitchen City Jail
6. Ms. Rose, Personell Kitchen City Jail

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 6/05/7/20/05 And Continues

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: U.S. Constitution Against Cruel And Unusual Punishments.

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

I'm a Type-2 Diabetic By Doctors Definition and Isozent Dependent, 3 time daily and must eat a balance diet which the institution kitchen personell-staff. Deprive or Denies such meals, Kitchen personell does not Adhere To the institutional Doctors Orders. Or Nurses Recommendations

**GROUND TWO:** Plaintiff is suffering illrepable harm, forced to inject Isozent and not able to eat, to balance the Isozent injected

**SUPPORTING FACTS:** See Exhibite A. Dated 7/12/05 the medical Exceptions is not adhere to by kitchen personell. And not inforced by W.R. Collins Jail Administrator. Or M.E. Brantley Asst. Warden, See Exhibite B. inmate Grievance form plaintiff Has filed several with no Aviel: Officer Green were Reprimand. For Humane Concern- about the food-served

**GROUND THREE:** Without This Court. Intervene plaintiff will surely Die Because of Action of Defendants

**SUPPORTING FACTS:** See Dr Bruce Tripps # 834-2940 See Dr. R Wood # 2609142-265-7075 in Support of plaintiff Medical Condition. See Dr. McWhorter # 205-581-3500 In Support: Witness Officer Green Officer Ballard: Officer Besteda: Officer Miles Nurse Davis: Officer Abner Supervisor:
Ms. Rose stated she refuse to prepare food or change the food for Dibetics 7/16/05 Eat. what you get or don't. eat. This statement she made to Officer Green Accordeing to Officer Green

3

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

GRANT A INJUNCTIVE RELIEF AND A INJUNCTION TO DEFENDANTS CONDUCT. AND WHAT EVER ELSE RELIEF DEEMS APPROPRIATE TO THE COURT.

_____
(Signature of plaintiff(s))

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on ___7/19/05___
                (Date)

_____
(Signature of plaintiff(s))

Subscribed and sworn to before me in my Presence, this 19th day of July 2005, a Notary Public in and for the County of Montgomery, State of Alabama

_Lisa Hampton Davis_
(Signature)          Notary Public
My Commission Expires 3-17-09

4