# INMATE GRIEVANCE FORM

Inmate: Young, C.   C-4

OFFICER'S NAME _____ DATE _____

DATE & TIME OF INCIDENT  7/16/05  @ _____

LOCATION OF INCIDENT OR CONDITION  Food

DETAILS:

IN ACCORDANCE WITH THE WORDEN MEMO-DATED 7/12/05. THERE ARE MEDICAL EXCEPTIONS TO THE DIET FOR DIBETICS. MS. ROSE SAID SHE WILL NOT COOK OR PREPARE FOOD NO DIFFERENT FROM THE REGULAR INMATES POPULATION.

When did you talk with Mess Steward Rose. Special diets (diabetics) are provided by the Kitchen. A review of the prepared meals for diabetics are being randomly checked by the nurses.

S. Collins

OFFICER'S SIGNATURE _____  # _____

# CITY OF MONTGOMERY
## MUNICIPAL JAIL

|        | : ALL SHIFT SUPERVISORS |
|--------|-------------------------|
|        | : ALL RELIEF SUPERVISORS |
|        | : ALL ACTING SUPERVISOR |
| INFO   | : M. E. BRANTLEY, ASSISTANT WARDEN |
| FROM   | : W.R. COLLINS, JAIL ADMINISTRATOR |
| SUBJECT| : INMATES' MEALS |
| DATE   | : 07/12/05 |

Effective immediately, supervisors will ensure that officers providing meals for the inmate population shall not accept trays from inmates to be returned to the kitchen. The officer shall make a note of the complaint, provide the information to the supervisor who shall make the decision to contact food service or not. Inmates are provided trays in accordance with policy. There are medical exceptions which will be addressed to the medical department for corrective action if necessary.

There are too many officers bringing food trays to the kitchen based on the inmate's opinion on what he will be served. The inmate will receive the food presented. If he chose not to eat, it is his decision. If there are medical reasons, the nurse on duty will be involved.

In essence, officers shall cease immediately in allowing the inmates to decide on what is appropriate for him to eat. If he does not eat fish, then don't eat it. There will not be substitute portions for what is on the menu. Supervisors shall ensure that officers on their perspective shifts follow this directive.

The shift supervisor will respond to complaints on their respective shifts based on these directives. This includes making rounds in the jail and explaining the procedure.

cc: Shift Supervisors (prepare copies for each relief supervisor and acting supervisor)
    Pass on (to be read and signed for by each officer on shift.)