RESIDENT HISTORY REPORT                                                Page 1 of 2

Montgomery City Jail                                         RECEIVED
07/19/05 14:37
ST 001 / OPR ARB                                             2005 JUL 25 A 10: 18

Booking Number    : 74
Resident Name     : YOUNG, CLEOPHUS
Time Frame        : 01/04/2005 15:00 - 07/19/2005 14:37

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 01/04/2005 | 21:40 | Intake | 2 | JH | B12227 | 28.00 | 28.00 |
| 01/10/2005 | 14:08 | Order | 2 | AMW | B12347 | 26.38 | 1.62 |
| 01/13/2005 | 09:49 | Add | 1 | arb | A10320 | 50.00 | 51.62 |
| 01/13/2005 | 13:49 | Credit | 2 | AMW | B12451 | 0.94 | 52.56 |
| 01/17/2005 | 09:45 | Order | 2 | RAI | B12576 | 37.87 | 14.69 |
| 01/24/2005 | 10:54 | Add | 1 | arb | A10509 | 40.00 | 54.69 |
| 01/24/2005 | 12:30 | Order | 2 | AMW | B12856 | 13.20 | 41.49 |
| 01/27/2005 | 11:32 | Order | 2 | AMW | B12988 | 16.25 | 25.24 |
| 01/31/2005 | 13:02 | Order | 2 | AMW | B13143 | 15.04 | 10.20 |
| 02/03/2005 | 11:01 | Add | 1 | arb | A10777 | 50.00 | 60.20 |
| 02/03/2005 | 13:11 | Order | 2 | AMW | B13332 | 6.66 | 53.54 |
| 02/07/2005 | 14:26 | Order | 2 | AMW | B13433 | 36.47 | 17.07 |
| 02/10/2005 | 10:25 | Add | 1 | arb | A10948 | 25.00 | 42.07 |
| 02/14/2005 | 11:05 | Add | 1 | arb | A11009 | 20.00 | 62.07 |
| 02/14/2005 | 13:56 | Order | 2 | AMW | B13630 | 36.10 | 25.97 |
| 02/16/2005 | 09:50 | Add | 1 | arb | A11076 | 40.00 | 65.97 |
| 02/17/2005 | 12:40 | Credit | 2 | AMW | B13730 | 2.75 | 68.72 |
| 02/21/2005 | 13:20 | Order | 2 | AMW | B13843 | 35.70 | 33.02 |
| 02/25/2005 | 10:48 | Add | 1 | arb | A11307 | 100.00 | 133.02 |
| 02/28/2005 | 15:04 | Order | 2 | AMW | B14169 | 43.26 | 89.76 |
| 03/03/2005 | 11:10 | Add | 1 | arb | A11438 | 60.00 | 149.76 |
| 03/03/2005 | 11:32 | Add | 1 | arb | A11449 | 25.00 | 174.76 |
| 03/03/2005 | 12:50 | Order | 2 | AMW | B14240 | 11.22 | 163.54 |
| 03/07/2005 | 13:12 | Order | 2 | AMW | B14484 | 37.75 | 125.79 |
| 03/10/2005 | 13:04 | Credit | 2 | AMW | B14519 | 0.94 | 126.73 |
| 03/14/2005 | 12:04 | Order | 2 | AMW | B14710 | 24.18 | 102.55 |
| 03/17/2005 | 12:33 | Credit | 2 | AMW | B14831 | 0.24 | 102.79 |
| 03/17/2005 | 13:05 | Order | 2 | AMW | B14897 | 18.88 | 83.91 |
| 03/21/2005 | 11:33 | Order | 2 | AMW | B14943 | 23.31 | 60.60 |
| 03/30/2005 | 10:27 | Add | 1 | arb | A12047 | 15.00 | 75.60 |
| 03/31/2005 | 09:18 | Withdrawal | 1 | arb | A12066 | 15.00 | 60.60 |
| 03/31/2005 | 10:42 | Order | 2 | AMW | B15378 | 58.77 | 1.83 |
| 03/31/2005 | 13:33 | Withdrawal-Rev | 1 | arb | A12103 | 15.00 | 16.83 |
| 03/31/2005 | 14:05 | Withdrawal | 1 | arb | A12109 | 15.00 | 1.83 |
| 04/01/2005 | 10:48 | Add | 1 | arb | A12126 | 30.00 | 31.83 |
| 04/04/2005 | 12:06 | Add | 1 | arb | A12172 | 200.00 | 231.83 |
| 04/04/2005 | 12:52 | Order | 2 | AMW | B15573 | 20.25 | 211.58 |
| 04/07/2005 | 10:58 | Add | 1 | arb | A12279 | 40.00 | 251.58 |
| 04/11/2005 | 10:46 | Order | 2 | AMW | B15800 | 55.03 | 196.55 |
| 04/11/2005 | 11:19 | Add | 1 | arb | A12340 | 20.00 | 216.55 |
| 04/11/2005 | 11:29 | Add | 1 | arb | A12350 | 25.00 | 241.55 |
| 04/14/2005 | 10:55 | Add | 1 | arb | A12435 | 200.00 | 441.55 |
| 04/14/2005 | 10:56 | Order | 2 | AMW | B15959 | 9.75 | 431.80 |
| 04/18/2005 | 10:04 | Order | 2 | AMW | B16059 | 30.79 | 401.01 |
| 04/21/2005 | 10:21 | Order | 2 | AMW | B16239 | 33.85 | 367.16 |
| 04/21/2005 | 12:38 | Withdrawal | 1 | arb | A12605 | 235.00 | 132.16 |
| 04/25/2005 | 11:12 | Order | 2 | AMW | B16308 | 40.48 | 91.68 |
| 05/02/2005 | 15:42 | Order | 2 | rlh | B16655 | 45.14 | 46.54 |
| 05/09/2005 | 11:09 | Order | 2 | AMW | B16940 | 45.06 | 1.48 |
| 05/12/2005 | 08:49 | Credit | 2 | AMW | B17029 | 0.89 | 2.37 |
| 05/12/2005 | 11:28 | Add | 1 | arb | A13122 | 100.00 | 102.37 |
| 05/16/2005 | 12:02 | Order | 2 | AMW | B17202 | 40.19 | 62.18 |
| 05/17/2005 | 16:23 | Close | 1 | arb | A13242 | 62.18 | 0.00 |
| 05/17/2005 | 16:25 | Close-Rev | 1 | arb | A13243 | 62.18 | 62.18 |
| 05/17/2005 | 16:27 | Close | 1 | arb | A13245 | 62.18 | 0.00 |
| 05/17/2005 | 16:28 | Close-Rev | 1 | arb | A13246 | 62.18 | 62.18 |
| 05/23/2005 | 13:46 | Order | 2 | AMW | B17439 | 44.82 | 17.36 |
| 05/25/2005 | 07:59 | Credit | 2 | AMW | B17559 | 4.05 | 21.41 |

RESIDENT HISTORY REPORT                                              Page 2 of 2

**Montgomery City Jail**
07/19/05 14:37
ST 001 / OPR ARB

Booking Number    : 74
Resident Name     : YOUNG, CLEOPHUS
Time Frame        : 01/04/2005 15:00 - 07/19/2005 14:37

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 05/26/2005 | 14:30 | Order     | 2 | AMW | B17610 | 21.41  | 0.00   |
| 06/02/2005 | 11:13 | Add       | 1 | arb | A13620 | 100.00 | 100.00 |
| 06/02/2005 | 14:52 | Order     | 2 | NDW | B17872 | 53.94  | 46.06  |
| 06/06/2005 | 13:06 | Order     | 2 | NDW | B17992 | 16.73  | 29.33  |
| 06/06/2005 | 15:25 | Credit    | 2 | NDW | B18031 | 4.40   | 33.73  |
| 06/06/2005 | 15:25 | Credit    | 2 | NDW | B18032 | 1.89   | 35.62  |
| 06/06/2005 | 15:30 | Credit    | 2 | NDW | B18033 | 1.89   | 37.51  |
| 06/09/2005 | 10:05 | Order     | 2 | NDW | B18073 | 13.24  | 24.27  |
| 06/13/2005 | 09:51 | Order     | 2 | NDW | B18287 | 24.12  | 0.15   |
| 06/20/2005 | 11:42 | Add       | 1 | arb | A13970 | 100.00 | 100.15 |
| 06/20/2005 | 13:51 | Order     | 2 | NDW | B18561 | 37.07  | 63.08  |
| 06/23/2005 | 09:06 | Credit    | 2 | NDW | B18689 | 0.88   | 63.96  |
| 06/24/2005 | 11:08 | Add       | 1 | arb | A14118 | 20.00  | 83.96  |
| 06/27/2005 | 15:55 | Order     | 2 | NDW | B18918 | 64.70  | 19.26  |
| 06/30/2005 | 08:06 | Credit    | 2 | NDW | B18957 | 2.95   | 22.21  |
| 06/30/2005 | 14:58 | Close     | 1 | arb | A14242 | 22.21  | 0.00   |
| 06/30/2005 | 15:00 | Close-Rev | 1 | arb | A14243 | 22.21  | 22.21  |
| 07/07/2005 | 10:24 | Order     | 2 | NDW | B19179 | 17.22  | 4.99   |
| 07/11/2005 | 13:28 | Add       | 1 | arb | A14450 | 100.00 | 104.99 |
| 07/11/2005 | 13:57 | Order     | 2 | NDW | B19354 | 27.92  | 77.07  |
| 07/14/2005 | 12:56 | Order     | 2 | NDW | B19446 | 35.41  | 41.66  |
| 07/18/2005 | 09:48 | Order     | 2 | NDW | B19598 | 32.26  | 9.40   |
| 07/18/2005 | 15:02 | Credit    | 2 | NDW | B19651 | 3.80   | 13.20  |