IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Cleophus Young
Plaintiff

V.

Willie R. Collins et al.
Defendants.

Civil Action No. 2:05-CV-680-F
(WO)

## MOTION TO AMEND TO THE COMPLAINT

Come now plaintiff in the above styled action and moves this Honorable Court to Amend to the Complaint.

Grounds for said amendments is as follows:

1st. Inadequate Medical Staff
2nd. Retaliation
3rd. Harassments

1st. Inadequate Medical Treatment based on the facts from Friday 10 PM until 6 AM Saturday no nurse on duty, from 10 PM Saturday till 6:30 AM Sunday no nurse on duty, and from 10 PM Sunday till 6:30 AM Monday no nurse on duty. Such inadequate medical condition causing a life or death commitment to plaintiff health.

(2nd) Retaliation. 8/22/05 plaintiff were transported to a local doctor office for the removal of ingrown toe nail on both feets. There were no pain medication on hand, until 2 days later.

(3rd) Harassments. I ask Nurse Moore for 2 Tylenol for pain. She stated she would give me one. (She not under no court order) meaning the defendants in this case.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Cleophus Young
   Plaintiff
   v.                                    Civil Action No 2:05-CV-680-5
                                                                                                                                          (WO)
Willie R. Collins et al.
   Defendants

## Motion For Leave To Amend

Come Now Plaintiff and Moves This Honorable Court for Leave To Amend His Complaint, As Grounds Stated Here in.

Respectfully Submitted
Cleophus Young
8/29/05