IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLEOPHUS YOUNG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 2:05-CV-680-F |
| | ) |
| CITY OF MONTGOMERY, et.al., | ) |
| | ) |
| Defendants | ) AFFIDAVIT OF WILLIE COLLINS |

STATE OF ALABAMA  )
                  :
MONTGOMERY COUNTY )

BEFORE ME, the undersigned, a Notary Public in and for said State and County, personally appeared **Willie Collins**, who is known to me, and after first being duly sworn by me deposes and states as follows:

1. My name is Willie Collins and I am over the age of nineteen (19) years. I reside at 4024 Amberly Road, Montgomery, Alabama 36116.

2. I am the Warden at the Montgomery City Jail.

3. I am aware of the fact that Young is a diabetic, and because of this our staff takes every reasonable step possible to assure that this condition is maintained. On average, our jail houses from fifteen (15) to twenty-five (25) diabetic inmates at one time.

4. At the city jail, we have staff that will monitor the medical conditions of our inmates which in the case of an inmate suffering diabetes would include: routinely checking blood sugar on each shift, monitoring medical complaints and following the doctor's suggestions concerning what kind of food to serve them etc.

5. While Young has been at our jail he has been served that comprise a balanced diet. On numerous occasions, Young has refused to eat meals that he has been served. However, Young buys large amounts of junk food from the commissary. This includes, but is not limited to, candy bars, potato chips, pies, soft drinks etc. *(See attached list of commissary purchases.)*



6. I keep a close watch on prisoners eating habits to insure that none are attempting a hunger strike. There is nothing to indicate that Young has ever gone a whole day without eating.

7. I feel as though the jail staff has taken extra steps to accommodate Young, and to aid him in controlling his diabetic condition.

8. On July 12, 2005, I issued a memo that was to be circulated to our staff regarding the practice of correctional officers taking food trays back to the kitchen because the inmate did not want to eat what he was served. I also addressed the fact that there are medical exceptions but other than those, I was advising my staff that an inmate will eat what he is served or choose not to eat. The jail cannot act as a restaurant and accommodate an inmate with a different meal than what is served simply because he does not want it.

9. I also addressed a complaint made on July 16th by Mr. Young against Mess Steward Rose in which he referenced my memo of July 12th and his need for a medical exception to the other inmates' meals due to his diabetic condition. I informed Mr. Young that special diets for diabetics are provided by the kitchen staff and the prepared meals randomly checked by the nurses.

I have read the above and foregoing affidavit consisting in total of two (2) pages and state that it is true and correct to my present knowledge and information.

_____
Willie R. Collins

**SWORN to and SUBSCRIBED before me this the 12th day of September, 2005.**

_____
Notary Public

My commission expires _March 17, 2009_

2