IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLEOPHUS YOUNG, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 2:05-CV-680-F ) |
| CITY OF MONTGOMERY, et.al., | ) ) |
| Defendants | ) AFFIDAVIT OF MARY BRANTLEY ) |

STATE OF ALABAMA   )
MONTGOMERY COUNTY  )

BEFORE ME, the undersigned, a Notary Public in and for said State and County, personally appeared **Mary Brantley**, who is known to me, and after first being duly sworn by me deposes and states as follows:

1. My name is Mary Brantley and I am over the age of nineteen (19) years. I reside at Windsong Loop, Wetumpka, Alabama 36093.

2. I am the Assistant Warden at the Montgomery City Jail.

3. Dr. Mendez, the institutional doctor, has given the kitchen staff a model for a balanced diet to accommodate diabetic inmates; and the kitchen staff has followed these recommendations when preparing daily meals.

4. Young is not the only diabetic inmate however he has repeatedly refused to the eat special diet that he is served, and attempts to send them back. I feel as though the jail staff has done everything they can to help Young.

_Mary Brantley_
MARY BRANTLEY

Sworn to and subscribed before me on this the 12th day of September, 2005.

_Lisa Hampton Davis_
Notary Public

My commission expires March 17, 2009

DEFENDANT'S EXHIBIT