IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLEOPHUS YOUNG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 2:05-CV-680-F |
| | ) |
| CITY OF MONTGOMERY, et.al., | ) |
| | ) |
| Defendants | ) AFFIDAVIT OF HELEN TURNER |
| | ) |

STATE OF ALABAMA )
                  :
MONTGOMERY COUNTY )

    BEFORE ME, the undersigned, a Notary Public in and for said State and County, personally appeared **Helen Turner**, who is known to me, and after first being duly sworn by me deposes and states as follows:

    1.    My name is Helen Turner and I am over the age of nineteen (19) years. I reside at 3213 Tyler Road, Montgomery, Alabama 36110.

    2.    I am the Food Services Supervisor at the Montgomery City Jail. Dr. Mendez, the institutional doctor, has provided me with a list of foods to serve Young, and the other inmates that have medical conditions. We make every effort to serve the items on the list, but sometimes are unable to because we are a jail.

    3.    We make many accommodations for the inmates with diabetes. They are served food that is baked, boiled or braised; they are never served food that is fried. In addition to this they are served packets of sweet and low with their tea, skim milk, and juices with only natural sweeteners. Their vegetables are prepared without salt and they are served special desserts that will not affect their diabetic condition. They are also served fresh fruit on a regular basis.

    4.    Young has repeatedly refused to eat meals that he has been served. He claims to refuse to eat them because they may contain starch. However, instead of eating foods that don't contain starch and returning the rest, he simply doesn't eat any of it.

    5.    As I am also diabetic, I know that we have provided Young meals that make up the balanced diet that a diabetic must have.



I have read the above and foregoing affidavit consisting in total of two (2) pages and state that it is true and correct to my present knowledge and information.

*Helen Turner*
Helen Turner

**SWORN** to and **SUBSCRIBED** before me this the 12th day of September, 2005.

*Lisa Hampton Davis*
Notary Public

My commission expires March 17, 2007