Menu: 8   Day: 1   Year: 05   Sheet   Food Service Supv

| MENU ITEMS | SPECIAL NOTES | Head cou |
|---|---|---|
| **Breakfast:** | | |
| Br. Grits | Same | Females 42 |
| Turkey Links | Same | Feds 141 |
| Br. Toast / Jelly | Plain Toast | males 125 |
| Orange Juice | Milk | KP's: 7 |
| | | Staff: — |
| | | Total: 313 |
| **Lunch:** | | |
| Roast Beef | Same | Females 43 |
| Rice / Gravy | Same | Feds 126 |
| Turnip Greens | Beets | ms (s) 143 |
| Cornbread | White Bread | KP's 15 |
| Peach Cobbler | Watermelon | Staff: 11 |
| Grape Drink | Tea | Total 338 |
| **Dinner:** | | |
| Beef Vegs. Soups | Turkey slices | females 41 |
| Bologna Sand. | Mashed potatoes | Feds 137 |
| Toss salad / Dress | Sweet peas | males 146 |
| Pear Halves | White Bread | KPS 7 |
| Fruit Punch | Pear Halves | Staff 11 |
| | Milk 2 | Total: 336 |

(circled: 977)

DEFENDANT'S EXHIBIT 7

MONTH: 8   DAY: 2   YEAR: 05   SHEET   FOOD SERVICE SUP

| MENU ITEMS | | Head c... |
|---|---|---|
| Breakfast: | Special Notes. | |
| Pancakes/Syrup | Plain Toast | Females 33 |
| Br. Grits | Same | Feds: 137 |
| Turkey Links | Same | males 12 |
| Orange Juice | Milk | KP's: 7 |
| | | Staff: 3 |
| | | Total: 30 |
| Lunch | | |
| Fried Chicken | Baked Chicken | Females 34 |
| Rice/Gravy | | Feds: 146 |
| Pinto Beans | Green Beans | males 114 |
| Cornbread | White Bread | KP's: 15 |
| Ice Cream | Dessert | Staff: 17 |
| Peach ... | Tea | Total: 326 |
| Dinner: | Hamburger | |
| Cheese Burger | Baked Potatoes | Females 30 |
| Lettuce & Lettuce/onion | Corn on cob | Feds: 156 |
| Corn on Cob | Sweet peas | males 141 |
| Fruited cocktails | Fruited cocktails | KP's 4 |
| Ade's | Milk's | Staff: 11 |
| | | Total: 319 |

**948**

MENU: 8   DAY: 3   YEAR: 05   SHEET   FOOD SERVICE SUP

| MENU ITEMS | SPECIAL NOTES | Head co |
|---|---|---|
| **Breakfast:** | | females: 3 |
| Cereal | Same | FEDS: 14 |
| Milk | Same | males: 135 |
| Sc. Eggs | Same | KP's: 6 |
| Bu. Toast, Jelly | plain Toast | STAFF: — |
| Water | Same | TOTAL: 38 |
| | | |
| **Lunch** | ADA | females: 37 |
| Beef Patty/Gravy | Same (Broiled) | FEDS: 128 |
| Cubic Potato | Same | males: 133 |
| Green Beans | Same | KP's: 18 |
| White Bread | Same | STAFF: 12 |
| Cake, Strawberry Topping | Fresh Fruit | TOTAL: 32 |
| Orange Drink | Tea | |
| | | |
| **Dinner:** | Turkey Sand. | females: 36 |
| Bologna Sandw. | Macaroni salads | FEDS: 136 |
| Toss salads | Toss salads | MALES: 13 |
| Potato Chips | Bu. Beets | KP's: 12 |
| Ice Cream | Sherbert | STAFF: 11 |
| Peach Drinks | Milk's | TOTAL: |
| | | AL DAY: |
| | | 391 |

(circled: 956)

Month: 3   Day: 4   Year: 05   SHEET   FOOD SERVICE SUP[ERVISOR]

| MENU ITEMS | SPECIAL NOTES | Head co[unt] |
|---|---|---|
| **Breakfast:** | | females: 3[?] |
| Cream Pork | Turkey | feds: 15[?] / males: [?] |
| Eggs Grits | Same | KP's: 9 |
| Bis. Toast Jelly | Plain Toast | Staff: — |
| Orange Juice | Milk | Total: 31 |
| | | |
| **Lunch:** | St. Roast Beef | females: 45 |
| Mac Soup | Same / Burger | feds: 12k |
| Spaghetti/M[eat] | (Casserole) | m[ale]s: 15[?] |
| Sw. Peas | Same (Gr. Beans) | KP's: 18 |
| Garlic Bread | Same | Staff: 1[?] |
| Banana Pudding | Bananas | Total: 35 |
| Grape Drink | Tea | |
| | | |
| **Dinner:** | Beef Stew w/ Veg. | females: 3[?] |
| Beef Stew w/ Veg. | Mashed Potatoes | FEDS / m[ale]s: [?] |
| Mashed Potatoes | Collard Greens | KP's: 9 |
| Collard Green | Squash | Staff: 11 |
| Cornbread | Cornbread | Total: |
| Peaches & Pear Halves | White Bread | 32[?] |
| Fruit Punch | Pear & Peaches | |
| | Milk's | |

G86

Month: 8   Day: 05   Year: 05   Sheet   Food Service Supv

| MENU ITEMS | Special Notes | Head co... |
|---|---|---|
| **Breakfast:** | | females: 34 |
| Cereal | Same | feds: 12? |
| Milk | Same | males: 12? |
| Bu Toast / Jelly | Plain | KP's: 10 |
| Sc. Eggs | Same | Staff: 3 |
| Water | Same | Total: 30 |
| **Lunch:** | | females: 35 |
| Fried Fish | Baked Fish | feds: 131 |
| Mac & Cheese | Same | m...is: 120 |
| Cabbage | Squash | KP's: 18 |
| Cornbread | White Bread | Staff: 13 |
| Watermelon | Fruit | r...: 326 |
| Punch | Lemonade | |
| **Dinner:** | Sliced Turkey | females: 37 |
| Tuna Fish Salad | Cube Potatoes | feds: 125 |
| Succotash | Yellow gravy | males: 130 |
| White Bread | White Bread | KP's: 9 |
| Peaches & Pears | Peaches & Pears | Staff: 10 |
| Strawberry Drinks | Milk's | Total: |
| | | All day: 3/3 |

GKH

Month 2  Day 6  Year 05  Food Service Sheet.

| Menu Items | | Head Count |
|---|---|---|
| Breakfast: | Specials Diets Notes | Females 29 |
| Cinn Oatmeal | Same (Diabetic) No Sugar | Fed 131 |
| | | males 113 |
| Bu Toast Jelly | Plain Toast No Jelly | KP's 9 |
| Butter Grits | Same | Staff — |
| Orange Juice | Milk | total 285 |
| | | |
| Lunch | Specials Diets | Females 31 |
| Chicken Patty Gravy | Baked Chicken | Fed 137 |
| Rice | Same | males 142 |
| Mixed Vegetables | Sw. Peas | KP's 13 |
| White Bread | Same | Staff 8 |
| Ice Cream | Sherbet | total 310 |
| Grape Drink | Milk | |
| | | |
| Dinner | Specials Diets | Females 33 |
| Chili Dogs | Grilled Turkey | Fed 137 |
| Baked Beans | Cheese Sandw. | males 132 |
| Corn on cob | French Fries | 129 |
| Mixed Fruits | Green Beans | Staff 9 |
| Ade's | Mixed Fruits | |
| | Milk's | 312 |

(large circled "9DH" stamped across middle of page)

Month _ Day _ Year 02

Food Service Pg.

| Menu Items | | Head Count |
|---|---|---|
| Breakfast: | Specials Diets Notes | Females 34 |
| Bu. Grits | | Fed 137 |
| | | males 130 |
| Eggs | | KP's 6 |
| Toast | | Staff 9 |
| Apple sauce | | total 316 |
| | | |
| Lunch | Specials Diets | Females 34 |
| BarBQue Chicken | Baked Chicken | Fed 139 |
| Potato Salad | Ocbe Potatoes | males 135 |
| Turnip Greens | Sw. Peas | KP's 7 |
| Cornbread | White Bread | Staff 7 |
| Tea | Same | total 326 |
| | | |
| Dinner | Specials Diets | Females 32 |
| H. Burger Casserole | Same (Hamburger Patty) | Fed 136 |
| Tess Salad/Dressing | Sw. Peas (Bu. Beets) | Males 118 |
| White Bread | Same | KP's 13 |
| Spice Cake/Icing | Grapes | Staff 9 |
| Ades | Milk | 308 |

**944**

Month ___  Day ___  Year 05                       Food Service Date

| Menu Items | Specials Diets Notes | Head Count |
|---|---|---|
| **Breakfast:** | | Females 30 |
| Cd. Cereal | Same | Fed 136 |
| Milk | Same | Males 127 |
| Sc. Eggs | Same | KP's 8 |
| Pey Sausage | Same | Staff 4 |
| Bu. Toast/Jelly | Plain Toast | total 305 |
| Water | Same | |
| **Lunch** | **Specials Diets** | Females |
| Roast Bf | Same | Fed 132 |
| Rice /Gravy | Same | males 134 |
| Broccoli/Cheese | Bunitos | KP's 18 |
| Same | | Staff 9 |
| White Bread | Same | total 300 |
| Ice Cream | Sherbert | |
| Punch | Tea | |
| **Dinner** | **Specials Diets** | Females 35 |
| Meat Balls/Spaghetti | Same | Fed 125 |
| Green Beans | Same | Males 141 |
| Chocolate Puddin w/Top | Same  A/m | KP's 8 |
| | | Staff 8 |
| | | 317 |

(circled: 922)

922

Month — Day — Year 02
Food Service Supv.

| Menu Items | Specials Diets Notes | Head Count |
|---|---|---|
| **Breakfast:** | | Females 36 |
| Bu. Grits | Same  28 | Fed 144 |
| Turkey Links | Same | males 125 |
| Bu. Toast/Jelly | Plain Toast | KP's 11 |
| Orange Juice | Milk | Staff 5 |
| | | total 321 |
| | V.R. | |
| **Lunch** | Specials Diets  28 | Females 36 |
| Meat Loaf | Sli. Turkey | Fed 144 |
| Tomato Gravy | Same | males 127 |
| Cube Potatoes | Same | KP's 18 |
| Cornbread | White Bread | Staff 11 |
| Apple Pie | Pears | Total 316 |
| | V.R. | |
| **Dinner** | Specials Diets  28 | Females 30 |
| Chicken Breast/Bun | Baked Chicken | Fed 144 |
| Mix/Corn | | males 140 |
| Toss Salad | Noodle Augratin | KP's 9 |
| Cookies | Mixed Vegs. | Staff 8 |
| Fruit Punch | Cookies | 331 |

967

Month: 8   Day: 10   Year: 05   Sheet   Food Service Sup

| MENU ITEMS | Special Notes / Diets | Head co |
|---|---|---|
| **Breakfast:** | | females 33 |
| Cereals | Same/S-N. low | Feds: 139 |
| Milk | Low Fat | males 130 |
| Toast - Jelly | Hot - N. Jelly | KP's: 10 |
| S. Eggs | Same | Staff: 2 |
| Ice Water | Same | Total 314 |
| | | |
| **Lunch:** | | Rf t |
| Beef Patties | Special Diets | females 34 |
| Rice & Gravy | Broil | Feds 127 |
| Sweet Peas | Same | ms 143 |
| Wh. Bread | Same | KP's 19 |
| Yellow Cake / Icing | Same | Staff: 6 |
| Fruit Drink | Grapes | Total 329 |
| | Tea/S-N. low | |
| | | |
| **Dinner:** | | P.S. t |
| Veg Soup | Chicken Noodle | females 39 |
| Luncheon Meat Sandwich | Turkey | Feds: 138 |
| Potato Chips | Cream Potatoes | males: 133 |
| Mixed Fruit | Milk  SAME | KPs 8 |
| | | Staff: 8 |
| | | Total 326 |
| | | Al Day |

(Large "96 9" written across the page)

Month: 8   Day: 11   Year: 05   SHEET   FOOD SERVICE SUPV

| MENU ITEMS | SPECIAL NOTES: Diets | Head |
|---|---|---|
| Breakfast: | | females 39 |
| Dry Grits | Same | FEDS 139 |
| Turkey Links | Same | males 131 |
| Toast & Jelly | All W/ Jelly | KP's: 10 |
| Orange Juice | Same / B. Milk | STAFF: 2 |
| | | TOTAL: 321 |
| | | P.J.T |
| Lunch: | Special Diets | females 38 |
| Cream Beef | Same | FEDS 127 |
| Mashed Potatoes | Same | males 134 |
| Turnip Greens | Beets | KP's 18 |
| Corn Bread | W/ Wh. Bread | STAFF: 6 |
| Water Melons | B. Ice Cream | TOTAL 324 |
| Fruit Drink | S-N. Low Tea | |
| | | P.J.T |
| Dinner: | | females 36 |
| Baked Beans | Green Beans | FEDS 129 |
| Wieners | Tuna Salad | males 139 |
| Toss Salad/Dressing | Cream Potatoes | KP's 8 |
| White Bread | Same | STAFF: 8 |
| Ice Cream | Sherbert | TOTAL 320 |
| | | AL CA |

Month: 8   Day: 12   Year: 05   Sheet ____   Food Service Sup ____

| MENU ITEMS | Special Notes | Head c[ount] |
|---|---|---|
| **Breakfast:** | | |
| Cereal | Same | females 31 |
| Milk | Same | Feds 140 |
| Sc. Eggs | Same | males 135 |
| Bu. Toast / Jelly | Plain Toast | KP's: 10 |
| Water | Same | Staff: 2 |
| | | Total: 316 |
| **Lunch:** | | |
| Fried Fish | Baked Fish | females 36 |
| Mac & Cheese | Same | Feds 129 |
| Mixed Vegetables | Carrots | males 130 |
| White Bread | White Bread | KP's 17 |
| Banana Pudding | Diet Pudding | Staff: 14 |
| Orange Drink | Tea | Total 326 |
| **Dinner:** | Beef Stew w/ Vegetables | females 30 |
| Beef Stew w/ Vegs | Mashed Potatoes | Feds 132 |
| Mashed Potatoes | White Bread | males 138 |
| Toss Salads | Green Beans | KP 9 |
| White Bread | Peach Halves | Staff 10 |
| Mixed Fruits | Milk | Total: |
| Strawberry | | 319 |

(large handwritten mark: C 116 / 316)

Month: 8    Day: 13    Year: 05    Sheet         Food Service Supv

| MENU ITEMS | SPECIAL NOTES | Head co. |
|---|---|---|
| **Breakfast:** | | females 35 |
| Bu. Grits | Same | Feds 146 / males 137 |
| Turkey Links | Same | KP's 9 |
| Br. Toast / Jelly | Plain Toast | Staff: — |
| Pears | Same | Total: 321 |
| Water | Milk | |
| **Lunch:** | | females 39 |
| Steak / Gravy | Same | Feds 142 / males 120 |
| Cream Potatoes | Same | KP's 17 |
| Cabbage Greens | Green Beans | Staff: 4 |
| Cornbread | White Bread | Total: 322 |
| Cookies | Fruit — | |
| Grape Drink | — | |
| **Dinner:** | Grilled Turkey | females 39 |
| Chili Dogs | & Cheese sand. | Feds 140 / males 125 |
| Baked Beans | Green Beans | KP's 9 |
| Corn on Cob | Bu. Beets | Staff: 10 |
| Mixed Fruits | Corn on Cob | Total: 323 |
| Fruit Punch | French Fries | |
| | Mixed Fruits | |
| | Milk | |

(Large circled "G166" written across middle of form)

Month: 8    Day: 14    Year: 05    Sheet    Food Service Sup

## MENU ITEMS

**Breakfast:**
- Biscuits
- Sc Egg
- Toast—Jelly
- Honey Bun
- Ice Water

Special Notes / Diets
- Same
- Same
- ADA–N. Jelly
- Same
- Skim/milk/no Fat

Head ct
females: 3?
Feds: 14?
males: ?
KPs: 9
Staff: 2
Total: 318

**Lunch:**
- BBQ Rest Beef
- Rice w/ gravy
- Green Beans
- Rolls, Bread
- Peach Shortcake / Whipped
- Fruit Drink

Special Diets
- Same
- Same
- Same
- Same
- Vanilla Wafers
- Milk

females: 3?
Feds: 119
KPs: 16
Staff: 4
Total: 3A

**Dinner:**
- Chicken Patties
- Yams Potatoes
- Sweet Peas & Carrots
- White Bread
- Ice Cream

- Baked Chickens
- Cube Potatoes
- Peas & Carrots
- White Bread
- Sherbert
- milks

females: 32
FEDS: 147
males: 134
KPs: 9
Staff: 10
Total:
332

(large marking: GL69)

Month: 8    Day: 15    Year: 05    Sheet            Food Service Sup

| MENU ITEMS | SPECIAL NOTES. Diets | Head cc |
|---|---|---|
| Breakfast: | | females 99 |
| ~~Bri fruit turk/jenkins~~ | Same | FEDS: 190 |
| Cr. Pork (Elfair) | | males 162 |
| Toast  Jelly | AM / N-Jelly | KP's: 8 |
| Orange Juice | Same | Staff: 3 |
| | | Total: 310 |
| | | |
| | | P.S.↑ |
| Lunch: | | females 32 |
| Taco ~~on Beef~~ | ~~Blue turky / rice~~ | FEDS: 138 |
| Mexican ~~Corn~~ | ~~Beets~~ | males 135 |
| French Fries | | KP's 16 |
| Cookies | Grapes | Staff: 8 |
| Fruit chunk | Tea / S.n. low | Total: 329 |
| ~~Ketchup~~ | | |
| | | P.S.↑ |
| Dinner: | | females 33 |
| Hamburger/ | Same | FEDS: 139 |
| Rice | Same | males 129 |
| Mixed Vegetables | Green Beans | KPs 8 |
| White Bread | Same | Staff: 8 |
| Fruit Coctail | ~~Same~~ | Total 317 |
| Ades | Milk | All day |

956