Response. Written, Report.
And. Answer, of plaintiff

Case No 2:05CV680

RECEIVED
2005 SEP 23 A 10: 07
U.S. DISTRICT CT. CLK
MIDDLE DISTRICT ALA

Cleophus Young
V. plaintiff
Willie Collins ET. AL.
Defendants

Come now the plaintiff Cleophus Young in accordance with this Courts Order of Sept. 14, 2005 File this Response, Written, Report. And Answer in Response to Defendants Written Report And Answer.

(1) There is a Genuine issue of material Facts for trial in this Case.

(2) In that defendants Answer do not Contain medical Records as set out in this Courts Order 1 day of August, 2005.

(3) The Defendants Answer to this honorable COURT does not reflect or showe a qualifyed dictitian from a medical standard point that could under oath testify to the accommodation of balanced diet for a tipe II diebetic isolent dependent 3 time a day 7 days a week there are no other diabetic in this jail requires such insolent record will Support the claim.

(4) It impossible to reasonably defend his self in absent of medical records which defendants have Control.

(5) See exhibit (3) paragraph (2) in Consistency with (5) See exhibit (2) in Consistency with exhibit (3)

(6) As evidence plaintiff also incorporate defendants exhibit 1-2-3. And menu items I 977-948-956-956-940-904-944-922-967-969-962-9101-936-967-966

Affidavit

Cleophus Young
V. Plaintiff
City of Montgomery ET AL.
Defendants

Case No. 2:04-CV-680-F

State of Alabama
Montgomery County

Before me the under signed a notary public in and for said state and County personally appears Cleophus Young who is known to me and after first being duly sworn by me deposes and state as follows: My name is Cleophus Young and I am over the age of Nineteen (19) years. I reside at P.O. Box 159 Montgomery Alabama 36101.

I have read the above and foregoing affidavit Consisting in states that it is true and Correct to my present knowledge and belief.

Sworn to and _____

My Commission Expires
March 17, 2009

Notary Public
Lisa Hampton Davis

_____
Cleophus Young

## Certificate of Service

I hereby Certify that I have Service a copy of the foregoing Document by Causing to be place in the U.S. Mail postage prepaid Properly on this 20TH DAY Sept. 2005 day of Sept. 2005 to the following

Of Counsel
City of Montogmery
Legal Department
103 N. Perry St
Montgomery, AL 36104

C/o Kimberly O. Fehr
Attorney for Defendants