In The United States District Court
For The Middle District Of Alabama
Northern Division

Cleophus Young
Plaintiff V.

Willie Collins Et. Al.                    2:05 CV. 680. MEF
Defendants                                (WO)

Motion of Objections

Come Now Plaintiff in The Above Entitled Action And filed his Timely Motion Pursuant To The Order And Recommendations of The Magistrates Judge's Order 8/13/06

1. To dismiss Complaint would be Continued Harmful To The Plaintiff SEE Exhibit D. In support Hospitalization Diagnosis Final As Evidence in This Cause.

2. To dismiss Complaint would be A Great Error And A Miscarriage Of Justice As A Matter Of Law.

3. This Court has Jurisdictions of This Matter By Virtue of 28 U.S.C. 1331 AND Bivens V. Six Unknown Name Agents of Bureau of Narcotics 403 U.S. 388 (1971) Venue is Vested By Virtue of Provisions of 28 U.S.C. 1391(b)

4.* The defendants owed Plaintiff a duty of care and defendants Breach This duty. A discretionary duty and was acting under color of law.

5.* The Court held a pro se complaint should be dismissed (ONLY) when it appears Plaintiff can prove no set fact which entitle him to Relief. SEE. McAwady v. Childs 673, F.2d 850 (11 Cir 1982) SEE Also Vance v. Borkenkiecher 533, F. Supp 429 D.C. W. VA, 1982. SEE. Conley v. Gibson 355 U.S. 41 78 S.Ct. 99 2 7 Ed 80 (1957) SEE Cal. Dump Truck Owner Assn. Inc. v Associated General Contractors of America San Diego Chapter Inc. 562 F.2d 607 9th. Cir (1977)

IN CONCLUSION

6.* Objection to The Magistrate's finding "ONLY" Injunctive Relief Requested. In The Pleading, Moneytary damages is Incorporated in The Original Pleading, as a matter of Records.

Respectfully Submitted
Cleophus Young #11.586.002
                                PRO. SE.
Cleophus Young
Federal Correctional Institution
Post Office Box 699
Estill S.C. 29918

9/18/06

# KING'S DAUGHTERS HOSPITAL
Yazoo City, MS

## DISCHARGE SUMMARY

PATIENT:        Cleophus Young
HOSPITAL NO:    155079-7
ROOM NO:        134
PHYSICIAN:      Farhan Nafis, M.D.

A 62 year old male admitted with near syncope poorly controlled diabetes. Labs: hgb. ZA1C 10.7, cardiac panel negative. Glucose with improvement in fingerstick checks. Electrolytes normal. Total cholesterol 228, Triglyceride 261, HDL 20, LDL 156. CBC normal. Sputum culture negative so far. BNP less than 5. Chest x-ray after lung disease, no pneumonia or other acute finding. CT head without contrast showed no mass, infarction, or intracranial hemorrhage, mild diffuse cerebral atrophy. EKG with normal sinus rhythm, inferior infarct changes, possibly old.

Course: Patient was admitted and was monitored closely with neuro checks as well as fingerstick glucose check with regular Insulin coverage. His hospital course has been basically uncomplicated. He responded fairly well to the treatment and his headache resolved. Reports of the CT scan as mentioned above did not show any acute finding. This morning he is feeling much better and headache has resolved. He has been mentioning about not getting Insulin except in the morning and evening since he had been incarcerated although before that he was taking Insulin three times a day based on the sliding scale. His A1C level is 10.7 that showed that his glucose is not well controlled and he would need aggressive monitoring and management on that. Will discharge him back to FCI facility yesterday. I had discussion with Dr. Martinez twice yesterday about his condition and would request him today to have another glucose check in the middle of the day and use sliding scale for the glucose control. Will discharge him with 20 units of Humulin 70/30 in the morning and 15 units Humulin 70/30 in the evening. He would continue the rest of his medicines that includes Plavix 75 mg. a day, aspirin 81 mg. a day and his BP medicine.

FINAL DIAGNOSIS:    Near syncope, poorly controlled diabetes mellitus.
                    History of ASCVD.
                    History of CVA.
                    History of hypertension.

FN/tm
DT 5-5-06

*Exhibit D.*

*/s/ 5/5/06*

Dr. Luisa Martinez
Staff Physician
FCC Yazoo City, MS