IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| CLEOPHUS YOUNG, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-680-MEF |
| | )            WO |
| WILLIE R. COLLINS, *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #12) to the Recommendation of the Magistrate Judge (Doc. #11 filed on September 20, 2006 is OVERRULED;

2. The Recommendation of the Magistrate Judge entered on September 13, 2006 is ADOPTED;

3. This case is DISMISSED as moot.

DONE this the 16th day of October, 2006.

                                          /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE